# Merit's Safety Systems

## RESPONDING TO CUSTOMER NEEDS WITH UNIQUE PRODUCTS THAT ADDRESS SPECIFIC SAFETY CONCERNS



**Merit Disposal Depot™** Contains Fluid Waste in an OSHA Compliant Closed System

**Backstop™** Reduces Exposure Risk to Bloodborne Pathogens

**Medallion® Syringes** Minimizes Medication Errors

**MBA Hemostasis Valve** Controls the Amount of Bleedback

**ShortStop™** Decreases the Probability of Needle Sticks

MERIT MEDICAL®

*Merit is committed to protecting health care workers with medical devices that can reduce needle sticks, minimize blood splattering and diminish the potential for medication errors.*

— MERIT SAFETY SYSTEMS

ORDERING INFORMATION

MBS100  Backstop
        500ml fluid capacity waste basin
        5 per box, 4 boxes per case

SS10    ShortStop
        Temporary Sharps Container
        25 per box, 4 boxes per case

MAP400  MBA Large Bore Hemostasis Valve
MAP403  MBA Large Bore Hemostasis with
        insertion tool and torque device
MAP450  MBA Large Bore Hemostasis Valve
        with 10" (25.4cm) extension tubing
MAP453  MBA Large Bore Hemostasis Valve
        with 10" (25.4cm) extension tubing
        and torque device
        20 per box, 4 boxes per case

Medallion  Seven colors available in 1ml, 3ml,, 6ml, 10ml,
           20ml, 30ml and 60ml product configurations
           25 per box, 4 boxes per case

Merit Disposal Depots - 1400ml Closed Waste Systems
    Dozens of waste bag configurations are
    available with optional tubing, drape clip,
    check relief valve, 3-way stopcock, fluid
    administration spikes and drip chambers.
    20 per box, 4 boxes per case

    For addtional information, consult a Merit
    product catalog or the Merit web site
    www.merit.com

All Products Latex Free



### BACKSTOP™
Covered Waste Basin
"All products involving infectious materials shall be performed in such a manner as to minimize splashing, spraying, and splattering generation of droplets of these substances" (OSHA Standard 1910.1030).



### SHORTSTOP™
Temporary Sharps Container
OSHA directives "mandate the use of safer devices to help reduce needle sticks and other sharps injuries." The Needle Stick Safety and Prevention Act clarifies the need for hospitals to "select safer needle devices as they become available . . . "



### MBA HEMOSTASIS VALVE
Cleaner, safer, easier procedures, allow the clinician to focus on the patient, rather than excessive blood loss during lengthy cases. A unique double seal design provides a tight fit around interventional devices for a virtually bloodless procedure.



### MEDALLION® SERIES SYRINGES
Color coded and printed syringes minimize the potential of medication errors. Medallion Syringes are a cost effective alternative for clinicians that value safety.



### MERIT DISPOSAL DEPOT™
Handling of blood and other biological fluids requires the use of precautionary measures. The MDD closed waste management system is a cost effective, simple way to satisfy OSHA guidelines that mandate "Universal Precautions" in managing blood waste.



Innovations in Cardiology & Radiology

Merit Medical Systems, Inc. • 1600 West Merit Parkway, • South Jordan, Utah 84095 • 1-801-253-1600 • 1-800-35-MERIT
Merit Medical International • 136, Avenue Joseph Kessel • 78960 Voisins-le-Bretonneux-France • 33 (0) 1 30 57 24 24
Merit Medical Ireland Ltd. • Parkmore Business Park West • Galway, Ireland • 353 (0) 91 703 733
Free phone from specific country: **Belgium** 0800 72906 • **France** 0800 91 60 30 • **Germany** 0800 182 0871
**Luxembourg** 0800 2522 • **Netherlands** 0800 022 8184 • **UK** 0800 973 115
U.S. and Foreign Patents Pending.                                 401181001/A   ID 031601

www.merit.com

# Merit's Safety Systems
## CONTINUING TO PROVIDE PIECES TO THE SAFETY PUZZLE



*Merit safety products offer clinicians both safety and versatility.*



### BackStop® Covered Waste Basin
"All procedures involving infectious materials shall be performed in such a manner as to minimize splashing, spraying, splattering and generation of droplets of these substances."
(OSHA Standard 1910.1030)

### DugOut™ 1000ml Covered Waste Basin
Fluid disposal just got easier with new Merit DugOut. A 1000ml fluid capacity waste disposal system that utilizes a secondary compartment for accessories such as gauze, stopcocks, syringes and more.

### ShortStop® Temporary Sharps Container
OSHA directives "mandate the use of safer devices to help reduce needle sticks and other sharps injuries." (OSHA Directive CPL 2-2.69) The Needle Stick Safety and Prevention Act clarifies the need for hospitals to "select safer needle devices as they become available…"

### Medallion® Series Syringes
Color coded and printed syringes minimize the potential of medication errors. The Medallion's clear polycarbonate barrel provides easy identification of air bubbles with a "smooth-as-glass" feel.

### Merit Disposal Depot® Closed Waste System
Handling of blood and other biological fluids requires the use of precautionary measures. The MDD closed waste management system is a cost-effective, simple way to satisfy OSHA guidelines that mandate "Universal Precautions" in managing blood waste.

### MBA Hemostasis Valve®
Cleaner, safer, easier procedures, allow the clinician to focus on the patient, rather than excessive blood loss during lengthy cases. A unique double seal design provides a tight fit around interventional devices for a virtually bloodless procedure.

### Percu-Stay® Percutaneous Catheter Fastening Device
The special design of Percu-Stay secures the catheter in place, reducing the use of sutures. The reduction of sutures can minimize the exposure to sharps and sharps related accidents.

## A·S·K Merit™ Access Safety Kit

A vascular access safety kit designed to comply with the Needlestick Safety and Prevention Act (H.R. 5178). The access safety kit incorporates new shielded technology that helps minimize the risk of sharps injuries associated with gaining vascular access.

> *Merit is committed to protecting health care workers with medical devices that can help minimize needle sticks, blood splattering and diminish the potential for medication errors.*
>
> ---MERIT SAFETY SYSTEMS

### MAJESTIK® SHIELDED ANGIOGRAPHIC NEEDLE

Needle safety is just a snap away when you use the Majestik Shielded Needle. Once the needle is ready to discard, simply snap the safety mechanism into place, covering the sharp needle bevel. Designed specifically for safety and to help minimize needle stick injuries.

# ORDERING INFORMATION

## NEEDLE STICK PREVENTION

### Majestik Shielded Angiographic Needle

**STAN18T71W-25** - Top orientation, 18 gauge 2 3/4" (7cm).

**SRAN18T71W-25** - Right orientation, 18 gauge 2 3/4" (7cm).

**STAN18T71WR-25** - Top orientation, ribbed hub, 18 gauge 2 3/4" (7cm).

**SRAN18T71WR-25** - Right orientation, ribbed hub, 18 gauge 2 3/4" (7cm).

(Packaged 25/bx)

### ShortStop Temporary Sharps Container

**SS10** - Stand alone ShortStop.
(Packaged 25/bx)

### Percu-Stay

A self adhesive fastener for percutaneous catheters and tubes.

**NF-125** - Accommodates 5F-12F catheters.
(Packaged 25/bx)

**NF-220** - Accommodates 12F-22F catheters.
(Packaged 20/bx)

### Access Safety Kit

**ASK100T** - Contents: 18g 2 3/4" (7cm) angiographic needle with top oriented safety mechanism. 18g, shielded hypodermic needle. 25g, shielded hypodermic needle. 22g, shielded hypodermic needle. #11 blade, protected disposable scalpel with retractable shield and plastic handle.

**ASK100R** - Contents: 18g 2 3/4" (7cm) angiographic needle with right oriented safety mechanism. 18g, shielded hypodermic needle. 25g, shielded hypodermic needle. 22g, shielded hypodermic needle. #11 blade, protected disposable scalpel with retractable shield and plastic handle.

(Packaged 25/bx)

## BLOOD CONTAINMENT

### Merit Disposal Depots

1400ml closed waste systems. Dozens of waste bag configurations are available with optional tubing, drape clip, check relief valve, 3-way stopcock, fluid administration spikes and drip chambers.

**MDD100** - PVC bag, 72" (183cm) large bore tubing with fixed male luer.

**MDD110** - PVC bag, 72" (183cm) large bore tubing, drape clip and one-way check valve.

**MDD200** - PVC bag, 48" (122cm) large bore tubing. Includes check relief valve with female luer and fluid administration set with 72" (183cm) large bore tubing, roller clamp and vented spike.

**MDD220** - PVC bag, 48" (122cm) large bore tubing. Includes check relief valve with female luer and fluid administration set with 72" (183cm) large bore tubing, roller clamp and vented spike, with optional reflux valve.

**MDD300** - PVC bag and 48" (122cm) large bore tubing. Includes check relief valve with rotating luer. Fluid administration set with 72" (183cm) large bore tubing, roller clamp and user-selectable vented spike.

**MDD400** - PVC bag and 48" (122cm) large bore tubing. Includes check relief valve with rotating luer. Fluid administration set with 72" (183cm) large bore tubing, roller clamp and vented drip chamber with micro filter.

**MDD500** - PVC bag and 48" (122cm) large bore tubing. Includes check relief valve, rotating luer and standard pressure 3-way Marquis Stopcock. Two fluid administration sets with 72" (183cm) large bore tubing, roller clamp and user selectable vented spikes.

**MDD520** - PVC bag and 48" (122cm) large bore tubing. Includes check relief valve, rotating luer and standard pressure 3-way Marquis Stopcock. Two fluid administration sets with 72" (183cm) large bore tubing, roller clamp and user selectable vented spikes, with optional reflux valve.

(Packaged 20/bx)

### MBA Virtually Bloodless Large Bore Hemostasis Valve

**MAP403** - MBA large bore hemostasis valve with insertion tool and torque device.

**MAP450** - MBA large bore hemostasis valve with 10" (25.4cm) extension tubing.

**MAP453** - MBA large bore hemostasis valve with 10" (25.4cm) extension tubing and torque device.

(Packaged 25/bx)

### BackStop 500ml Fluid Capacity, 300 solidified, Waste Basin

**MBS100** - Stand alone BackStop.

(Packaged 5/bx)

### DugOut 1000ml Fluid Capacity, 400 solidified, Waste Basin

**DUG100** - Stand alone DugOut with secondary accessory compartment.

**DUG1SS** - Stand alone DugOut with SS10 included in secondary accessory compartment.

(Packaged 6/bx)

## MEDICATION ERROR

### Medallion Specialty Syringes

See product catalog for numbers and details.

Seven colors available in 1ml, 3ml, 6ml, 10ml, 20ml, 30ml and 60ml product configurations (Custom printed syringes available by request).

(Packaged 25/bx)

For additional information, consult a Merit product catalog or the Merit web site

All Products Are Latex Free



Innovations in Cardiology & Radiology

---

Merit Medical Systems, Inc. • 1600 West Merit Parkway, • South Jordan, Utah 84095 • 1-801-253-1600 • 1-800-35-MERIT    www.merit.com
Merit Medical Europe • Horsterweg 24 • 6199 AC MAASTRICHT- AIRPORT The Netherlands • +31 43 35 88 222
Merit Medical Ireland Ltd. • Parkmore Business Park West Galway, Ireland • +353 (0) 91 703 733
Free phone from specific country:
**Belgium** 0800 72906 • **France** 0800 91 60 30 • **Germany** 0800 182 0871 • **Luxembourg** 0800 22522 • **Netherlands** 0800 022 8184 • **UK** 0800 973 115
U.S. Patent Numbers 5,483,999  5,501,671  6,287,280                                                                                              400554003/A   ID 010203